nied. *Jesse E. Waid* for petitioners. *Nathaniel L. Goldstein,* Attorney General of New York, and *Orrin G. Judd,* Solicitor General, for respondent.

No. 798. STEINER *v.* UNITED STATES; and

No. 799. MILLER *v.* UNITED STATES. March 11, 1946. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Robert A. Grant* for petitioners. *Solicitor General McGrath, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 815. PROVIDENT TRUST Co. *v.* METROPOLITAN CASUALTY INSURANCE Co.; and

No. 816. PROVIDENT TRUST Co., TRUSTEE, *v.* METROPOLITAN CASUALTY INSURANCE Co. March 11, 1946. Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Wm. Clarke Mason* and *A. Allen Woodruff* for petitioner. *Lewis M. Stevens* for respondent.

No. 827. VANDEVOIR *v.* SOUTHEASTERN GREYHOUND LINES. March 11, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Homer B. Aikman* for petitioner. *Richard C. Stoll* and *Wallace Muir* for respondent.

No. 676. SWIHART *v.* JOHNSTON, WARDEN. March 11, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Petitioner *pro se. Solicitor General McGrath, Robert S. Erdahl* and *Leon Ulman* for respondent.